DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                  ) Chapter 13
                                        )
ANDREW JAMES CRAIG                      ) Case No. 07-52824 CN
                                        )
                                        ) **NOTICE OF UNCLAIMED DIVIDEND**
                                        )
            Debtor                      )
                                        )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2487616 for an unclaimed dividend in the amount of $12.79. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    ANDREW JAMES CRAIG
    P O BOX 4797
    CARMEL, CA 93921

Dated: April 05, 2011

                                                DEVIN DERHAM-BURK, TRUSTEE